IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATED CONCRETE CONTRACTORS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. ________________ |
| | § | |
| SMYRNA READY MIX CONCRETE, LLC | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant Smyrna Ready Mix Concrete, LLC ("SRM"), by and through its undersigned counsel, files this Notice of Removal under 28 U.S.C. § 1446(a), and respectfully states as follows:

1. On May 7, 2025, Plaintiff Associated Concrete Contractors, Inc. ("ACC") filed a petition in the District Court of Dallas County, Texas, 193rd Judicial District, styled *Associated Concrete Contractors, Inc. v. Smyrna Ready Mix Concrete, LLC*, Cause No. DC-25-07077.

2. The above-entitled action is a civil action whereby Plaintiff ACC, a citizen of Nevada and Texas, alleges claims for breach of contract, negligence, breach of warranty, and products liability arising out of alleged agreements concerning concrete with Defendant SRM, a citizen of Tennessee. Plaintiff ACC alleges damages over $1,000,000. Defendant SRM—the removing party—is the sole defendant named in this action.

3. SRM was served with citation and Plaintiff ACC's Original Petition on May 16, 2025. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) in that it is filed within thirty days of when SRM was served with process. *See Brown v. Demco, Inc.*, 792 F.2d 478, 481–

82 (5th Cir. 1986) (notice of removal must be filed within thirty days of when first defendant is served).

4. Removal is proper under 28 U.S.C. § 1441(a) because the Court has original jurisdiction of this action pursuant to diversity of citizenship under 28 U.S.C. § 1332(a):

a. The amount in controversy in this action, exclusive of interest and costs, exceeds $75,000. Plaintiff ACC's Original Petition contends it has suffered $1,236,528.41 in damages.

b. The parties are diverse. At the time of the commencement of this action in state court, and at the time of this Notice of Removal, Plaintiff ACC is a citizen of Nevada and Texas, and Defendant SRM is a citizen of Tennessee. Upon information and belief, Plaintiff ACC is incorporated in the State of Nevada and has its principal place of business in Texas. Defendant SRM is incorporated in the State of Tennessee and has its principal place of business in Tennessee. Furthermore, SRM's only member is a holding company, which is a Tennessee LLC. The only members of that holding company are Jeffrey Hollingshead, his brother, and his parents, who are all citizens of the State of Tennessee. *See* Declaration of Jeffrey Hollingshead, attached as Exhibit A.

5. Venue is proper in this district under 28 U.S.C. § 1441(a) because the action was brought and is pending in Dallas County—a place embraced by the Northern District of Texas and by the Dallas division of this Court.

6. Pursuant to 28 U.S.C. § 1446(a) and Local Civil Rule 81.1 of the United States District Court for the Northern District of Texas, attached hereto as Exhibit B is an index of all pleadings, processes, orders, the state court's docket sheet, and other filings served in this action.

7. Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, Defendant SRM will provide Plaintiff ACC with written notice of filing of this Notice of Removal, and a copy thereof will be filed with the clerk of the 193rd Judicial District Court of Dallas County, Texas.

8. Pursuant to Federal Rule of Civil Procedure 11, the undersigned certify that they have read the notice and that, to the best of their knowledge, information and belief formed after reasonable inquiry, the removal of the action accomplished by this Notice of Removal is warranted by existing law and that this Notice of Removal is not filed for any improper purpose.

THEREFORE, Defendant SRM—the removing party—requests that the above-entitled action be removed from the 193rd Judicial District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division.

Dated: June 13, 2025

Respectfully submitted,

*/s/ Thomas G. Haskins, Jr.*

Thomas G. Haskins, Jr.
Texas State Bar No. 24087681
thaskins@btlaw.com
Joseph Gergel
Texas State Bar No. 24141799
jgergel@btlaw.com
BARNES & THORNBURG LLP
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
(214) 258-4200
(214) 258-4199 (Facsimile)

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, a true and correct copy of the foregoing document has been served on the following counsel of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Thomas G. Haskins, Jr.*
Thomas G. Haskins, Jr.